CAUSE NO. 10282

82,744-01

DATE: 1-24-2015

DEAR. HON. CLERK. ABEL ACOSTA

SIR. I'M WRITING TO YOU IN REGARDS OF THE OFFICIAL NOTICE CARD. YOU SENT TO ME DATED JANUARY 20, 2015. STATING THAT AN 11.07 WRIT OF HABEAS CORPUS HAS BEEN RECIEVED AND PRESENTED TO THIS COURT. HOWEVER. SIR. I. DIDN'T SEND AN 11.07 WRIT OF HABEAS CORPUS, I. SENT AN ORIGINAL APPLICATION FOR WRIT OF MANDAMUS, WHICH I EXPLAINED ON MY COVER LETTER TO YOU DATED JANUARY 15. 2015 IN WHICH I ALSO REQUESTED SAID MANDAMUS WRIT BE FILED. DATED AND PRESENTED TO THIS COURT NOT AN 11.07 WRIT. MY MANDAMUS WRIT WAS BASED PURSUANT TO TEXAS RULES OF APPELLATE PROCEDURE RULE 23.2(a) IN WHICH I'M ENTITLED BY LAW TO JAIL-CREDIT AND FILED SAID MANDAMUS WRIT ※ BECAUSE MY TRIAL COURT JUDGE FAILED TO HONOR SAID ENTITLEMENTS UNDER TEXAS RULES OF APPELLATE PROCEDURE RULE 23.2 (a), (B). WHICH IS THE PURPOSE OF WRIT OF MANDAMUS I. FILED WITH THIS COURT. PLEASE AS SOON AS TIME WILL ALLOW LET THE RECORD REFLECT I FILED AN APPLICATION FOR WRIT OF MANDAMUS NOT AN 11.07 WRIT OF HABEAS CORPUS. WHICH HAS DIFFERENT STANDARD OF REVIEW THANK YOU FOR YOUR TIME AND CONSIDERATION OF THIS REQUEST.

※ IN A PREVIOUS NUNC, PRO TUNC MOTION FILED TO HER (MY TRIAL JUDGE

RESPECTFULLY. SUBMITTED.

Anthony Castellon #1938649
PETITIONER. PRO SE

GOODMAN - UNIT
349 PRIVATE RD. B430
JASPER. TX 75951

CERTIFICATE OF SERVICE

I, Anthony Castellon 1938649 DO HEREBY CERTIFY THAT A TRUE COPY OF THIS LETTER OF REQUEST HAS BEEN SERVED TO HON. CLERK ABEL ACOSTA AT COURT OF CRIMINAL APPEALS OF TEXAS SUPREME COURT BLDG. 201 W. 14TH ST. AUSTIN, TX 78701 ON THIS 29th DAY OF January 2015. BY PLACING SAME IN THE GOODMAN - UNIT MAILROOM. T.D.C.J

Anthony Castellon #1938649

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 03 2015

Abel Acosta, Clerk

cc: File